Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@ toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW MOORE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED DERMATOLOGY & COSMETIC LASER CARE, A MEDICAL CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.<br><br>2:20-cv-11587<br><br>**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

   NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled individually as to all named Defendants. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** March 16, 2021          **Law Offices of Todd M. Friedman, P.C.**

                              By: s/ Adrian R. Bacon
                                 Adrian R. Bacon

# CERTIFICATE OF SERVICE

Filed electronically on March 16, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on March 16, 2021, to:

To the Honorable Court, all parties and their Counsel of Record


s/Adrian R. Bacon
  Adrian R. Bacon